UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

| | |
|---|---|
| ROGER TEJON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZEUS NETWORKS, LLC,<br><br>Defendant. | Action No.: 1:24-CV-20498<br><br>Honorable Paul C. Huck |

**DECLARATION OF SHANE NORMAN**

**IN SUPPORT OF**

**DEFENDANT ZEUS NETWORKS, LLC'S MOTION TO COMPEL ARBITRATION**

I, SHANE NORMAN, declare as follows:

1. I am the Chief Technology Officer of Zeus Networks, LLC ("Zeus"), a corporation incorporated in the state of Delaware, with its principal place of business in California and the defendant in the above-entitled action.

2. I make this declaration based on my personal knowledge as well as based on a reasonable inquiry and a diligent search of Zeus's records which I have access to in the ordinary course of my employment. If called as a witness to testify thereto, I could competently and truthfully do so.

3. I have worked for Zeus for approximately 5 years, leading all efforts related to Zeus's technology infrastructure.

4. The webpage url to access the Zeus account subscription is and has always been available at https://www.thezeusnetwork.com/checkout/subscribe/purchase.

5. Zeus is also available through an app available on mobile phones and tablets. A user can subscribe to Zeus through the app.

6. Zeus offers an annual subscription for $59.99 and a monthly subscription for

$5.99 per month.

7. On November 1, 2023, Plaintiff Roger Tejon registered online for an account with Zeus through an iOS device, meaning through an Apple iPhone or iPad.

8. When Plaintiff registered for his Zeus account, he selected the option for a monthly subscription for $ 5.99 per month.

9. When Plaintiff registered for an account with Zeus using an iOS device, he was required to choose between the annual subscription plan or monthly subscription plan by clicking a button for one or the other. Beneath the annual subscription and monthly subscription buttons would have been language stating: "By subscribing, you agree to our Terms of Service & Privacy Policy and represent that you are at least 16 years of age. Zeus will charge the membership fee to your iTunes account on a recurring basis until you cancel. Payments will continue unless you deactivate at least 24-hours prior to the end of the current cycle. You can auto-renew in your iTunes account settings." The "Terms of Service" and "Privacy Policy" text were active hyperlinks that, if clicked, would open another webpage where the referenced documents were located with the full text of the cited document. Attached hereto as **Exhibit "A"** is a true and correct copy of a screenshot of what the online account registration and subscription form currently looks like on an iOS device. It looked the same when Plaintiff subscribed to a Zeus account on November 1, 2023.

10. Attached hereto as **Exhibit "B"** is a true and correct copy of screenshots of the terms currently available at the "Terms of Service" hyperlink https://www.thezeusnetwork.com/tos. The "Terms of Service" available at the hyperlink is the same now as it was when Plaintiff registered for his Zeus account on November 1, 2023.

11. Attached hereto as **Exhibit "C"** is a true and correct copy of screenshots of the terms currently available at the "Privacy Policy" hyperlink https://www.thezeusnetwork.com/privacy. The "Privacy Policy" available at the hyperlink is the same now as it was when Plaintiff registered for his Zeus account on November 1, 2023.

12. The Zeus platform is powered by Vimeo OTT. Attached hereto as **Exhibit "D"** is a true and correct copy of an invoice from Vimeo to Zeus with some redactions. Exhibit

D states "This Order Form incorporates by reference Vimeo's Enterprise Terms, available at https://vimeo.com/enterpriseterms."

13. Attached hereto as **Exhibit "E"** is a true and correct copy of screenshots of the "Vimeo Enterprise Terms" currently available at https://vimeo.com/enterpriseterms. Exhibit E states the Vimeo Enterprise Terms were last updated on March 7, 2023.

14. Attached hereto as **Exhibit "F"** is a true and correct copy of screenshots of the "Vimeo Terms of Service" currently available at https://vimeo.com/terms. Exhibit F states the Vimeo Terms of Service were last updated on December 14, 2023, which is after Plaintiff registered for a Zeus account on November 1, 2023.

15. Attached hereto as **Exhibit "G"** is a true and correct copy of screenshots of the "Vimeo Terms of Service" available through the WayBack Machine website at https://web.archive.org/web/20231101005755/https://vimeo.com/terms as archived on November 1, 2023. Exhibit G states the Vimeo Terms of Service, which were archived on November 1, 2023, were last updated on September 1, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 28th day of February, 2024, at Los Angeles, California.

Shane Norman