UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ROGER TEJON, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ZEUS NETWORKS, LLC,

Defendant.

Case No. 1:24-cv-20498-PCH

**ORDER GRANTING IN PART JOINT MOTION TO STAY PROCEEDINGS**

THIS CAUSE is before the Court on the Parties' Joint Motion to Stay Proceedings **[ECF No. 25]** (the "Motion"). Having reviewed the Motion and being otherwise fully advised, it is **ORDERED and ADJUDGED** that the Motion is **GRANTED IN PART** as follows:

1. The Court construes the Motion as one for a continuance, and not a stay. Accordingly, this action is **CONTINUED** for thirty (35) days.
2. The trial in this action, previously set to commence on January 18, 2027, is hereby rescheduled to the two-week period commencing **Monday, February 22, 2027**.
3. All pre-trial deadlines, as set forth in the Court's trial-setting Order [ECF No. 22], shall be calculated using this new trial date.

DONE and ORDERED in Miami, Florida, on July 22, 2026.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record